**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor BARRAGAN–REALZOLA, Defendant—Appellant.**

**No. 07–50545.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.[*]

Filed July 8, 2009.

Peter J. Mazza, Esq., U.S. Attorneys Office Southern District of California Criminal Division, San Diego, CA, for Plaintiff–Appellee.

Andrew K. Nietor, Esq., Law Offices of Andrew K. Nietor, San Diego, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM [**]

Victor Barragan–Realzola appeals from his guilty-plea conviction and 60–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barragan–Realzola's counsel has

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.